**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

**Entry of Appearance and Certificate of Interested Parties**

**CHAD CUNNINGHAM,**

      **APPELLANT/PETITIONER,**

**vs.**                                                                                           **Case No.:  11-2103**

**UNIVERSITY OF NEW MEXICO BOARD
OF REGENTS, UNIVERSITY OF NEW MEXICO
SCHOOL OF MEDICINE and the NATIONAL
BOARD OF MEDICAL EXAMINERS,**

      **APPELLEES/RESPONDENTS.**

**INSTRUCTIONS:  COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES.  MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 461, the undersigned attorney(s) hereby appear as

counsel for **Appellee, National Board of Medical Examiners**, in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify as follows:

☐    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding.  Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☒    There are no such parties, or any such parties have heretofore been disclosed to the court.

|  |  |
|---|---|
| Ronda R. Fisk | Shane M. Ham |

|  |  |
|---|---|
| s/Ronda R. Fisk | s/Shane M. Ham |
| Signature | Signature |

Osborn Maledon, P.A.                    Osborn Maledon, P.A.
2929 N. Central Ave., Suite 2100        2929 N. Central Ave., Suite 2100
Phoenix, AZ  85012                      Phoenix, AZ  85012
(602) 640-9363                          (602) 640-9380
rfisk@omlaw.com                         sham@omlaw.com


I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on June 1, 2011 via email to:

    Santiago E. Juarez, santiagojuarezlaw@gmail.com
    Alfred A. Park, apark@parklawnm.com


|  |  |
|---|---|
|  | s/Ronda R. Fisk |
|  | Signature |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of June, 2011, I served a copy of the Entry of Appearance and Certificate of Interested Parties to:

Santiago E. Juarez
1822 Lomas Boulevard, NW
Albuquerque, NM  87104
Email:  santiagojuarezlaw@gmail.com
Attorney for Plaintiff

Alfred A. Park
Cadigan & Park, P.C.
3840 Masthead St., NE
Albuquerque, NM  87109
Email:  apark@parklawnm.com
Counsel for Defendants UNM Board of Regents & UNM School of Medicine

the last known address and email address, by email.


Date:  June 1, 2011                          s/Kelly Dourlein
                                                  Signature