IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHAD CUNNINGHAM,

        Plaintiff,

vs.                                  No. CIV 10-0451BB/RLP

THE REGENTS OF THE UNIVERSITY
OF NEW MEXICO, UNIVERSITY OF
NEW MEXICO SCHOOL OF MEDICINE,
THE NEW MEXICO SCHOOL OF MEDICINE
and the NATIONAL BOARD OF MEDICAL
EXAMINERS,

        Defendants.

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Chad Cunningham, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Memorandum Opinion and Order entered herein on April 20, 2011 (Doc. 34), the Order Granting Motion to Dismiss April 20, 2011 (Doc. 35).

Date: 05/19/11

_/S/Santiago E. Juarez_____
Santiago E. Juarez
New Mexico Bar # 5364
1822 Lomas Blvd. NW
Albuquerque, NM 87104
(505) 246-8499
(505) 246-8599 (Facsimile)

**I HEREBY CERTIFY** that on the 19th of May, 2011, I filed the foregoing eelectronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

_/S/Santiago E. Juarez_____
Santiago E. Juarez