IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CHAD CUNNINGHAM**,

       Plaintiff,

v.                                        No. CIV 10-451 BB/RLP

**UNIVERSITY OF NEW MEXICO**
**BOARD OF REGENTS,** *et al.*,

       Defendants.

### O R D E R

A memorandum opinion having been filed this day, the Court hereby GRANTS Defendants' motions to dismiss (Doc. 9; Doc. 16).

Dated this 20th day of April, 2011.

                                           BRUCE D. BLACK
                                           UNITED STATES DISTRICT JUDGE