APPEAL, STAYED

# U.S. District Court
## District of New Mexico - Version 4.1.1 (Albuquerque)
### CIVIL DOCKET FOR CASE #: 1:10-cv-00451-BB -ACT

| | |
|---|---|
| Cunningham v. University of New Mexico Board of Regents et al | Date Filed: 05/11/2010 |
| Assigned to: Chief Judge Bruce D. Black | Date Terminated: 04/20/2011 |
| Referred to: Magistrate Judge Alan C. Torgerson | Jury Demand: Plaintiff |
| Case in other court: US Court of Appeals, 11-02103 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Chad Cunningham**    represented by    **Jill M Collins**
Beall & Biehler
6715 Academy Rd NE
Albuquerque, NM 87109
(505) 828-3600
Fax: (505) 828-3900
Email: jcollins@beall-biehler.com
*TERMINATED: 02/14/2011*
*ATTORNEY TO BE NOTICED*

**Santiago E Juarez**
1822 Lomas Boulevard, NW
Albuquerque, NM 87104
505-246-8499
Fax: 505-246-8599
Email: santiagojuarezlaw@gmail.com
*ATTORNEY TO BE NOTICED*

**Dennis W. Montoya**
Montoya Law, Inc.
PO Box 15235
Rio Rancho, NM 87174-0235
(505) 246-8499
Fax: (505) 246-8599
Email: dmontoya@montoyalaw.com
*TERMINATED: 04/16/2011*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**University of New Mexico Board of Regents**    represented by    **Alfred A Park**
Park & Anderson, LLC
707 Broadway Blvd. NE

Suite 202
Albuquerque, NM 87102
505-246-2805
Fax: 505-246-2806
Email: apark@parklawnm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erika E Anderson**
Park & Anderson, LLC
707 Broadway Blvd. NE
Suite 202
Albuquerque, NM 87102
505-246-2805
Fax: 505-246-2806
Email: eanderson@parklawnm.com
*ATTORNEY TO BE NOTICED*

**Lawrence M Marcus**
Park & Anderson, LLC
707 Broadway Blvd. NE
Suite 202
Albuquerque, NM 87102
505-246-2805
Fax: 505-246-2806
Email: lmarcus@parklawnm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**University of New Mexico School of Medicine**   represented by   **Alfred A Park**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erika E Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence M Marcus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Board of Medical Examiners**   represented by   **Bill Chappell , Jr.**
Chappell Law Firm
Albuquerque Centre, Suite 150
6001 Indian School Rd. NE
Albuquerque, NM 87110
505-878-9600
Fax: 505-878-9696

Email: billc@chappellfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronda R. Fisk**
Osborn Maledon, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, AZ 85012
602-640-9363
Fax: 602-640-6063
Email: rfisk@omlaw.com
*ATTORNEY TO BE NOTICED*

**Shane Ham**
Osborn Maledon P.A.
2929 North Central Avenue
Suite 2100
Phoenix, AZ 85012
602-640-9380
Fax: 602-664-2070
Email: sham@omlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/11/2010 | 1 | COMPLAINT *for Violation of Civil Rights* against National Board of Medical Examiners, University of New Mexico Board of Regents, University of New Mexico School of Medicine ( Filing Fee - Online Payment), filed by Chad Cunningham. (Attachments: # 1 Civil Cover Sheet)(Montoya, Dennis) (Entered: 05/11/2010) |
| 05/11/2010 |  | Circuit Judge Paul Kelly, Jr and Chief U.S. Magistrate Judge Richard L. Puglisi assigned. (mr) (Entered: 05/11/2010) |
| 05/11/2010 | 2 | MINUTE ORDER by the Clerk of Court, District Judge Bruce D. Black added. Circuit Judge Paul Kelly, Jr no longer assigned to case. (mjr) (Entered: 05/11/2010) |
| 05/14/2010 |  | Filing Fee Received: $ 350 receipt number 1084-1522476 re 1 Complaint, filed by Chad Cunningham (Payment made via Pay.gov)(Montoya, Dennis) (Entered: 05/14/2010) |
| 05/14/2010 | 3 | AMENDED COMPLAINT *(Caption Corrected)* against National Board of Medical Examiners, University of New Mexico School of Medicine, University of New Mexico Board of Regents., filed by Chad Cunningham. (Montoya, Dennis) (Entered: 05/14/2010) |
| 06/30/2010 | 4 | NOTICE by Chad Cunningham *of Unavailability* (Montoya, Dennis) (Entered: 06/30/2010) |

| | | |
|---|---|---|
| 08/02/2010 | | Summons Issued as to National Board of Medical Examiners, University of New Mexico Board of Regents, University of New Mexico School of Medicine. (jm) (Entered: 08/02/2010) |
| 08/09/2010 | 5 | SUMMONS Returned Executed by Chad Cunningham. University of New Mexico School of Medicine served on 8/4/2010, answer due 8/25/2010. (Montoya, Dennis) (Entered: 08/09/2010) |
| 08/09/2010 | 6 | SUMMONS Returned Executed by Chad Cunningham. University of New Mexico Board of Regents served on 8/4/2010, answer due 8/25/2010. (Montoya, Dennis) (Entered: 08/09/2010) |
| 08/26/2010 | 7 | ANSWER to 3 Amended Complaint *For Violation Of Civil Rights Under 42 U.S.C. §1983 And Failure To Accommodate For Disability Under The Americans With Disabilities Act,The Rehabilitation Act Of 1973, And Breach Of Contract* by University of New Mexico Board of Regents, University of New Mexico School of Medicine.(Park, Alfred) (Entered: 08/26/2010) |
| 08/26/2010 | 8 | NOTICE of Appearance by Alfred A Park on behalf of University of New Mexico Board of Regents, University of New Mexico School of Medicine (Park, Alfred) (Entered: 08/26/2010) |
| 09/23/2010 | 9 | MOTION to Dismiss by University of New Mexico Board of Regents, University of New Mexico School of Medicine. (Park, Alfred) (Entered: 09/23/2010) |
| 09/29/2010 | 10 | NOTICE of Appearance by Bill Chappell, Jr on behalf of National Board of Medical Examiners (Chappell, Bill) (Entered: 09/29/2010) |
| 09/29/2010 | 11 | Unopposed MOTION for Pro Hac Vice *Ronda Fisk* by National Board of Medical Examiners. (Chappell, Bill) (Entered: 09/29/2010) |
| 09/29/2010 | 12 | Unopposed MOTION for Pro Hac Vice *Shane M. Ham* by National Board of Medical Examiners. (Chappell, Bill) (Entered: 09/29/2010) |
| 09/30/2010 | 13 | MOTION to Stay *Discovery until the Court Rules on Defendant's Motion to Dismiss Plaintiff's Amended Complaint with Prejudice* by University of New Mexico Board of Regents, University of New Mexico School of Medicine. (Park, Alfred) (Entered: 09/30/2010) |
| 10/01/2010 | 14 | ORDER by Chief Magistrate Judge Richard L. Puglisi granting 11 Motion for Pro Hac Vice for Rhonda R. Fisk representing Defendant National Board of Medical Examiners.<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (cg) (Entered: 10/01/2010) |
| 10/01/2010 | 15 | ORDER by Chief Magistrate Judge Richard L. Puglisi granting 12 Motion for Pro Hac Vice for Shane M. Ham representing Defendant National Board of Medical Examiners.<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (cg) (Entered: 10/01/2010) |
| 10/04/2010 | 16 | First MOTION to Dismiss *Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)* by National Board of Medical Examiners. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A, # 2 Exhibit B)(Chappell, Bill) (Entered: 10/04/2010) |
| 10/08/2010 | 17 | NOTICE by Chad Cunningham *Extension to Response to Motion to Dismiss* (Montoya, Dennis) (Entered: 10/08/2010) |
| 10/13/2010 | 18 | ORDER STAYING DISCOVERY by Chief Magistrate Judge Richard L. Puglisi granting 13 Motion to Stay. (cg) (Entered: 10/13/2010) |
| 10/18/2010 | 19 | RESPONSE in Opposition re 9 MOTION to Dismiss *by UNM Defendants* filed by Chad Cunningham. (Montoya, Dennis) (Entered: 10/18/2010) |
| 10/18/2010 | 20 | RESPONSE in Opposition re 16 First MOTION to Dismiss *Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) by Defendant National Board of Medical Examiners* filed by Chad Cunningham. (Montoya, Dennis) (Entered: 10/18/2010) |
| 11/01/2010 | 21 | NOTICE by University of New Mexico Board of Regents re 19 Response in Opposition to Motion *Extension of time to file Reply* (Park, Alfred) (Entered: 11/01/2010) |
| 11/03/2010 | 22 | NOTICE by Chad Cunningham *of Unavailability* (Montoya, Dennis) (Entered: 11/03/2010) |
| 11/03/2010 | 23 | NOTICE by National Board of Medical Examiners re 20 Response in Opposition to Motion *Unopposed Extension to FIle Reply in Support of Motion to Dismiss* (Chappell, Bill) (Entered: 11/03/2010) |
| 11/08/2010 | 24 | REPLY to Response to Motion re 16 First MOTION to Dismiss *Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)* filed by National Board of Medical Examiners. (Ham, Shane) (Entered: 11/08/2010) |
| 11/08/2010 | 25 | NOTICE of Briefing Complete by National Board of Medical Examiners re 16 First MOTION to Dismiss *Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)* filed by National Board of Medical Examiners (Ham, Shane) (Entered: 11/08/2010) |
| 11/08/2010 | 26 | REPLY to Response to Motion re 9 MOTION to Dismiss filed by University of New Mexico Board of Regents, University of New Mexico School of Medicine. (Park, Alfred) (Entered: 11/08/2010) |
| 11/09/2010 | 27 | NOTICE of Briefing Complete by University of New Mexico Board of Regents, University of New Mexico School of Medicine re 9 MOTION to Dismiss filed by University of New Mexico School of Medicine, University of New Mexico Board of Regents (Park, Alfred) (Entered: 11/09/2010) |
| 01/28/2011 | 28 | NOTICE of Appearance by Jill M Collins on behalf of Chad Cunningham (Collins, Jill) (Entered: 01/28/2011) |
| 02/14/2011 | 29 | NOTICE by Chad Cunningham *NOTICE TO WITHDRAW AS ATTORNEY OF RECORD - JILL M. COLLINS* (Collins, Jill) (Entered: 02/14/2011) |
| 03/28/2011 | 30 | MINUTE ORDER reassigning Magistrate Judge Karen B. Molzen. Magistrate Judge Richard L. Puglisi no longer assigned to case. (ah) (Entered: 03/28/2011) |
| | | |

| | | |
|---|---|---|
| 03/29/2011 | 31 | MINUTE ORDER reassigning Magistrate Judge Alan C. Torgerson. Magistrate Judge Karen B. Molzen no longer assigned to case. (ah) (Entered: 03/29/2011) |
| 04/07/2011 | 32 | NOTICE of Attorney Substitution: Alfred A Park (Park, Alfred) (Entered: 04/07/2011) |
| 04/16/2011 | 33 | NOTICE of Attorney Substitution: Santiago E Juarez substituted for Dennis W. Montoya (Juarez, Santiago) (Entered: 04/16/2011) |
| 04/20/2011 | 34 | MEMORANDUM OPINION by Chief Judge Bruce D. Black granting UNM's 9 MOTION to Dismiss and granting NBME's 16 First MOTION to Dismiss *Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)*. (mjr) (Entered: 04/20/2011) |
| 04/20/2011 | 35 | ORDER by Chief Judge Bruce D. Black granting Defendants' Motions to Dismiss 9 and 16 . (mjr) (Entered: 04/20/2011) |
| 05/19/2011 | 36 | NOTICE OF APPEAL as to 35 Order on Motion to Dismiss, 34 Memorandum Opinion by Chad Cunningham. ( Filing Fee - Online Payment) (Juarez, Santiago) (Entered: 05/19/2011) |
| 05/19/2011 | | Filing Fee Received: $ 455 receipt number 1084-2033388 re 36 Notice of Appeal filed by Chad Cunningham (Payment made via Pay.gov)(Juarez, Santiago) (Entered: 05/19/2011) |
| 05/19/2011 | 37 | AMENDED NOTICE OF APPEAL as to 35 Order on Motion to Dismiss, 34 Memorandum Opinion by Chad Cunningham. (Juarez, Santiago) (Entered: 05/19/2011) |
| 05/19/2011 | 38 | Transmission of Preliminary Record for Notice of Appeal and Amended Notice of Appeal to US Court of Appeals re 36 37 (pg) (Entered: 05/19/2011) |
| 05/20/2011 | 39 | USCA Case Number 11-2103 for 36 Notice of Appeal filed by Chad Cunningham, 37 (pg) (Entered: 05/20/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/02/2011 13:24:38 | | | |
| **PACER Login:** | sj0554 | **Client Code:** | Cunningham-Julie |
| **Description:** | Docket Report | **Search Criteria:** | 1:10-cv-00451-BB - ACT |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |