UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| CHAD CUNNINGHAM,<br>        Plaintiff/Appellant,<br>v.<br>UNIVERSITY OF NEW MEXICO BOARD OF REGENTS, et al.,<br>        Defendant/Appellee. | Case No. 11-2103 |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

       In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for Chad Cunningham, Plaintiff/Appellant, in the subject case(s).

       Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐   On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☑   There are no such parties, or any such parties have heretofore been disclosed to the court.

Santiago E. Juarez, Esq.                                          _____
Name of Counsel                                                        Name of Counsel

*[signature]*                                                                _____
Signature of Counsel                                                  Signature of Counsel

1822 Lomas. Blvd. NW, Albuquerque, NM 87104     _____
Mailing Address and Telephone Number                   Mailing Address and Telephone Number

santiago@santiagojuarezlaw.com                            _____
E-Mail Address                                                           E-Mail Address

**A-5**  Entry of Appearance Form 10/09

**I HEREBY CERTIFY** that a copy of this Entry of Appearance and Certificate of Interested Parties was mailed on June 2, 2011, to:

| | |
|---|---|
| Alfred Park, Esq.<br>Erika E. Anderson<br>Lawrence M. Marcus<br>Cadigan & Park, P.C.<br>3840 Masthead Street, NE<br>Albuquerque, NM  87109 | Ronda R. Fisk<br>Shane Ham<br>Osborn Maledon, PA<br>2929 North Central Avenue, Suite 2100<br>Phoenix Az. 85012<br><br>Bill Chappell, Jr.<br>Chappell Law Firm<br>Albuquerque Centre, Suite 150<br>6001 Indian School Rd, NE<br>Albuquerque, NM 87110 |

## CERTIFICATION OF DIGITAL SUBMISSIONS

I hereby certify that:

(1) All required privacy redactions have been made and, with the exception of those redactions, every document submitted in Digital Form or scanned PDF format is an exact copy of the written document filed with the Clerk; and

(2) The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program (Symantec End-Point Protection Antivirus, most recently updated March 3, 2011), and, according to the program are free of viruses.

        */s/ Santiago E. Juarez*
        Santiago E. Juárez
         for Plaintiffs/Appellants
        P.O. Box 15235
        Rio Rancho, NM  87174-0235
        (505) 246-8499
        santiagojuarezlaw@gmail.com

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

v.                                              Case No.

**Certificate of Interested Parties**

_____

  The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation.  *See* 10th Cir. R. 46.1(D).  In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

      (Attach additional pages if necessary.)