UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| CHAD CUNNINGHAM,  )  <br>  ) <br>  Plaintiff-Appellant,  ) <br> v.  ) <br>  ) <br> UNIVERSITY OF NEW MEXICO  ) <br> BOARD OF REGENTS,  ) <br> UNIVERSITY OF NEW MEXICO  ) <br> SCHOOL OF MEDICINE, and the  ) <br> NATIONAL BOARD OF  ) <br> MEDICAL EXAMINERS  ) <br>  ) <br>  Defendants-Appellees.  ) | ENTRY OF APPEARANCE <br><br> Case No. 11-2103 |

In accordance with 10th Cir. R. 46.1, the undersigned attorneys appear as counsel for University of New Mexico Board of Regents and University of New Mexico School of Medicine, appellees.

Please check one:

[ ] Attached to this form is a completed certificate of interested parties and attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding.

[ x ] There are no such parties, or any such parties have been disclosed to the court.

| | |
|---|---|
| Alfred A. Park | Lawrence M. Marcus |
| **/s/ Alfred A. Park** | **/s/ Lawrence M. Marcus** |
| Park & Anderson, L.L.C. | Park & Anderson, L.L.C. |
| 707 Broadway Blvd., Ste 202 | 707 Broadway Blvd., Ste 202 |
| Albuquerque, NM 87102 | Albuquerque, NM 8710 |
| *apark@parklawnm.com* | *lmarcus@parklawnm.com* |

I hereby certify that a copy of this Entry of
Appearance was submitted electronically via ECF to:

Santiago E. Juarez
Attorney for Plaintiffs/Appellants
1822 Lomas Blvd, NW
Albuquerque, NM 87104

Ronda R. Fisk
Shane Ham
Osborn Maledon, PA
2929 North Central Avenue,
Suite 2100
Phoenix Az. 85012

Bill Chappell, Jr.
Chappell Law Firm
Albuquerque Centre, Suite 150
6001 Indian School Rd, NE
Albuquerque, NM 87110

on this __3rd__ day of June 2011.

**/s/ Lawrence M. Marcus**
Lawrence M. Marcus