**CIRCUIT MEDIATION OFFICE**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

| | | |
|---|---|---|
| **DAVID W. AEMMER**<br>CHIEF CIRCUIT MEDIATOR | TELEPHONE 303 844-6017<br>FACSIMILE 303 844-6437 | **LANCE OLWELL**<br>**KYLE ANN SCHULTZ**<br>CIRCUIT MEDIATORS |

June 8, 2011

Santiago E. Juarez, Esq.  
Law Office of Santiago Juarez  
1822 Lomas Boulevard, N.W.  
Albuquerque, NM 87104  

Alfred A. Park, Esq.  
Lawrence M. Marcus, Esq.  
Park & Anderson LLC  
707 Broadway Blvd., N.E., Suite 202  
Albuquerque, NM 87102  

RE: No. 11-2103 - Chad Cunningham v. University of New Mexico Board of Regents et al.

**MEDIATION CONFERENCE NOTICE**

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, a mediation conference has been scheduled in this case. This office will initiate a **TELEPHONE CONFERENCE CALL** on Tuesday, June 28, 2011 at 10:00 a.m. **MOUNTAIN DAYLIGHT TIME**. Please allow at least two hours for the conference.

The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

Counsel addressed above are understood to be the lawyers with primary responsibility for this case. Please contact this office **BY TELEPHONE IMMEDIATELY** if we need to notify different or additional lawyers or if you need to have the conference rescheduled because of an unavoidable conflict.

Participation in the conference by cell phone is not permitted.

Sincerely,

*Rose Giacinti*  
Rose Giacinti  
Conference Administrator