## sCIRCUIT MEDIATION OFFICE
## UNITED STATES COURT OF APPEALS
### FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

| | | |
|---|---|---|
| **DAVID W. AEMMER**<br>CHIEF CIRCUIT MEDIATOR | TELEPHONE 303 844-6017<br>FACSIMILE 303 844-6437 | **LANCE OLWELL**<br>**KYLE ANN SCHULTZ**<br>CIRCUIT MEDIATORS |

November 10, 2011

Santiago E. Juarez, Esq.
Law Office of Santiago Juarez
1822 Lomas Boulevard, N.W.
Albuquerque, NM  87104

Alfred A. Park, Esq.
Lawrence M. Marcus, Esq.
Park & Anderson LLC
707 Broadway Blvd., N.E., Suite 202
Albuquerque, NM  87102

Ronda R. Fisk, Esq.
Shane Ham, Esq.
Osborn Maledon PA
2929 North Central Avenue, Suite 2100
Phoenix, AZ  85012

RE:  No. 11-2103 – Chad Cunningham v. University of New Mexico Board of Regents et al.

Dear Counsel:

      Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **November 28, 2011**.

Sincerely,

*David W. Aemmer*
David W. Aemmer

DWA:rg