UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

CHAD CUNNINGHAM,

      Plaintiff-Appellant,

vs.

UNIVERSITY OF NEW MEXICO
BOARD OF REGENTS and
NATIONAL BOARD OF MEDICAL
EXAMINERS;

      Defendants-Appellees.

No. 11-2103
District of New Mexico
No. CIV 10-0451 BB/RLP

**ATTORNEY'S CERTIFICATE OF MAILING AND ELECTRONIC FILING OF APPELLANT'S APPENDIX**

**I HEREBY CERTIFY** that a true and correct copy of Appellant's Appendix was mailed to opposing counsel this 28th day of December, 2011, via United States Postal Service First Class Mail. And that this digital submission was sent via electronic mail both to the Clerk of the Court of Appeals and to opposing counsel of record on this 28th day of December, 2011.

/s/ Santiago E. Juárez
Santiago E. Juárez