No. 11-2103

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

CHAD CUNNINGHAM,

          Plaintiff-Appellant,

vs.                                      District of New Mexico
                                                  No. CIV 10-0451 BB/RLP

UNIVERSITY OF NEW MEXICO
BOARD OF REGENTS and
NATIONAL BOARD OF MEDICAL
EXAMINERS;

      Defendants-Appellees.

### PLAINTIFF-APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE HIS REPLY BRIEF TO MARCH 26, 2012

    Appellant, CHAD CUNNINGHAM, by and through his attorney, Santiago E. Juarez, Esq., hereby respectfully move this Court for an Order Extending the Time in which he is to file the Reply Brief. As grounds in support of this motion, Appellant states:

    1.    The original due date for Plaintiff-Appellant's Reply Brief is March 19, 2012;

    2.    Counsel has been scheduled for numerous hearings and depositions and has not had sufficient time to prepare his reply brief and is currently scheduled for trial to begin on March 19, 2012 and has been preparing for trial.

3. Counsel reasonably anticipates that he can adequately complete the Reply Brief if granted an extension of one week (1) week, or until March 26, 2012, to complete said documents.

4. The requested extension of time will not substantially or deleteriously affect the disposition of this case, but may materially benefit said disposition due to the anticipated enhanced quality of the brief and appendix materials.

5. Ronda R. Fisk and Shane Ham, Osborn Maledon, PA, Counsel for Appellee National Board of Medical Examiners, are not opposed to the requested extension of time.

6. Alfred A. Park and Lawrence M. Marcus, Park & Anderson, LLC, Counsel for Appellee University of New Mexico Board of Regents are not opposed to the requested extension of time.

**WHEREFORE,** Plaintiff-Appellant respectfully requests an extension of time through March 26, 2012, one (1) week in which to file his Reply Brief in this matter, and for such other and further relief as may be deemed just and necessary in the premises.

Respectfully Submitted,

_____

*Appellant's Motion for Extension of Time in Which to File*
*Appellant's Reply Brief*
*Cunningham v. UNM Board of Regents, et al; 11-2103*
*Page 2*

/s/ *Santiago E. Juarez*
Santiago E. Juarez, Esq.
Attorney for Appellants
1822 Lomas, Blvd NW
Albuquerque, NM 87104
(505) 246-8499
(505) 246-8599 (Facsimile)

## CERTIFICATE OF SERVICE

**I hereby certify** that on March 15, 2012, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Santiago E. Juarez*
Santiago E. Juarez

*Appellant's Motion for Extension of Time in Which to File*
*Appellant's Reply Brief*
*Cunningham v. UNM Board of Regents, et al; 11-2103*
*Page 3*