FILED
United States Court of Appeals
Tenth Circuit

March 15, 2012

Elisabeth A. Shumaker
Clerk of Court

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

CHAD CUNNINGHAM,

      Plaintiff - Appellant,

v.

UNIVERSITY OF NEW MEXICO
BOARD OF REGENTS, et al.,

      Defendants - Appellees.

No. 11-2103

## ORDER

This matter is before the court on appellant's motion for an extension of time to file a reply brief. The motion is granted. Appellant's reply brief shall be served and filed by March 26, 2012.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk