No. 11-2103

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

CHAD CUNNINGHAM,

    Plaintiff-Appellant,

vs.                                                    District of New Mexico
                                                          No. CIV 10-0451 BB/RLP

UNIVERSITY OF NEW MEXICO
BOARD OF REGENTS and
NATIONAL BOARD OF MEDICAL
EXAMINERS;

    Defendants-Appellees.

DIRECT APPEAL FROM A
JUDGMENT OF THE UNITED STATES DISTRICT COURT

ERRATUM TO APPELLANT'S REPLY BRIEF
(<u>Oral Argument is Requested</u>)

**Presented to the Court March 28**

# APPELLANT'S ERRATUM TO THE CERTIFICATE OF SERVICE ON PAGE 12 OF HIS REPLY BRIEF

APPELLANT, Chad Cunningham, by and through his attorney, Santiago E. Juárez, hereby submits the following correction to his Reply Brief submitted to the Court in electronic form on March 26, 2012.

CHANGE FROM:  September 26, 2012

CHANGE TO:  March 26, 2012

REASON FOR CHANGE:  To correct typographical error in date.

Respectfully Submitted,

**(Electronically Filed)**

_____
Santiago E. Juárez
Attorney for Petitioner/Appellant
1822 Lomas Boulevard, NW
Albuquerque, NM  87104
(505) 246-8499
(505) 246-8599 (Facsimile)

## ATTORNEY'S CERTIFICATE OF MAILING AND ELECTRONIC FILING

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Erratum to Appellant's Reply Brief was sent to opposing counsel on the 28th day of March, 2012, via electronic mail. Undersigned further certifies that this digital submission has been scanned with the latest version of Symantec Anti-Virus program; and that this digital submission was sent via electronic mail both to the Clerk of the Court of Appeals and to opposing counsel of record on March 28th, 2012.

**(Electronically Filed)**
_____
Santiago E. Juárez