

**UNITED STATES COURT OF APPEALS
TENTH CIRCUIT**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

**Oral Argument Calendar Notice / Acknowledgment Form**

Name   _____

Address   _____

City, State, Zip   _____

Re:   Case No(s):   _____

     Caption:   _____

     Argument Date:   _____

     Time:   _____ (Arguing attorneys must report 45 minutes prior thereto)

     Courtroom/Place:   _____

Within 10 days, this form must be filled out and filed in CM/ECF by the arguing attorney in the appeal set.

Questions can be directed to the 10th Circuit Calendar Team:
Tenth Circuit Calendar Team, Byron White United States Courthouse
1823 Stout Street, Denver, CO 80257
Email: 10th_Circuit_CalTeam@ca10.uscourts.gov     Phone: (303) 335-2708

      I acknowledge receipt of the court's calendar notice assigning the subject case(s) for argument or submission on the briefs, at the above place, time and date (please type),

_____ will present oral argument on behalf of

_____ (name of party), the _____

Signed (Recipient):   _____

Typed or Printed Name:   _____

Address:   _____
            _____
            _____

Email Address Required   _____

Telephone:   _____

Attorney for:   _____
            (Name of Party Represented)

Date:   _____

**Note**: If you are an attorney for the defendant in a criminal appeal, or the petitioner in a habeas corpus/ civil rights or immigration matter, you must complete the custody status questionnaire found at http://www. ca10.uscourts.gov. Thank you.            Revised 4/2009