

**UNITED STATES COURT OF APPEALS
TENTH CIRCUIT**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

## Oral Argument Calendar Notice / Acknowledgment Form

Name: Santiago E. Juarez, Esq.

Address: 1822 Lomas Blvd NW

City, State, Zip: Albuquerque, NM 87104

Re: Case No(s): 11-2103

Caption: Cunningham v. University of New Mexico Board, et al

Argument Date: Wednesday, September 19, 2012

Time: 9:00 am   (Arguing attorneys must report 45 minutes prior thereto)

Courtroom/Place: Courtroom I - Denver, CO

Within 10 days, this form must be filled out and filed in CM/ECF by the arguing attorney in the appeal set.

Questions can be directed to the 10th Circuit Calendar Team:
Tenth Circuit Calendar Team, Byron White United States Courthouse
1823 Stout Street, Denver, CO 80257
Email: 10th_Circuit_CalTeam@ca10.uscourts.gov   Phone: (303) 335-2708

I acknowledge receipt of the court's calendar notice assigning the subject case(s) for argument or submission on the briefs, at the above place, time and date (please type),

Santiago E. Juarez _____ will present oral argument on behalf of

Chad Cunningham _____ (name of party), the Appellant

Signed (Recipient): _____

Typed or Printed Name: Santiago E. Juarez

Address: 1822 Lomas Blvd. NW

Albuquerque NM 87104

Email Address Required: santiagojuarezlaw@gmail.com

Telephone: (505) 246-8499

Attorney for: Chad Cunningham
(Name of Party Represented)

Date: Jul 16, 2012

**Note**: If you are an attorney for the defendant in a criminal appeal, or the petitioner in a habeas corpus/civil rights or immigration matter, you must complete the custody status questionnaire found at http://www.ca10.uscourts.gov. Thank you.

Revised 4/2009