

**UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

### Oral Argument Calendar Notice / Acknowledgment Form

| | |
|---|---|
| Name | Alfred A. Park |
| Address | Park & Anderson, L.L.C., 707 Broadway Blvd., Ste. 202 |
| City, State, Zip | Albuquerque, NM, 87102 |

Re:  Case No(s):  11-2103

Caption:  Cunningham v. Board of Regents of the University of New Mexico

Argument Date:  Wednesday, September 19, 2012

Time:  9:00 a.m.    (Arguing attorneys must report 45 minutes prior thereto)

Courtroom/Place: Courtroom I - Denver, CO

Within 10 days, this form must be filled out and filed in CM/ECF by the arguing attorney in the appeal set.

Questions can be directed to the 10th Circuit Calendar Team:
Tenth Circuit Calendar Team, Byron White United States Courthouse
1823 Stout Street, Denver, CO 80257
Email: 10th_Circuit_CalTeam@ca10.uscourts.gov    Phone: (303) 335-2708

   I acknowledge receipt of the court's calendar notice assigning the subject case(s) for argument or submission on the briefs, at the above place, time and date (please type),

Alfred A. Park _____ will present oral argument on behalf of

Board of Regents of the University of New Mexico    (name of party), the   Appellee

| | |
|---|---|
| Signed (Recipient): | /s/ Alfred A. Park |
| Typed or Printed Name: | Alfred A. Park |
| Address: | Park & Anderson, L.L.C. |
| | 707 Broadway Blvd., Ste. 202 |
| | Albuquerque, NM 87102 |
| Email Address Required | apark@park-anderson.com |
| Telephone: | (505)246-2805 |
| Attorney for: | Board of Regents of the University of New Mexico |
| | (Name of Party Represented) |
| Date: | Jul 16, 2012 |

**Note:** If you are an attorney for the defendant in a criminal appeal, or the petitioner in a habeas corpus/ civil rights or immigration matter, you must complete the custody status questionnaire found at http://www. ca10.uscourts.gov. Thank you.

Revised 4/2009