

# UNITED STATES COURT OF APPEALS
# TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

## Oral Argument Calendar Notice / Acknowledgment Form

| | |
|---|---|
| Name | Shane Ham |
| Address | 2929 N Central Avenue, 21st Floor |
| City, State, Zip | Phoenix, AZ 85012 |

Re:
| | |
|---|---|
| Case No(s): | 1102103 |
| Caption: | Cunningham v. Univ. of New Mexico Bd. of Regents et al |
| Argument Date: | Wednesday, September 19, 2012 |
| Time: | 9:00 a.m.   (Arguing attorneys must report 45 minutes prior thereto) |
| Courtroom/Place: | Courtroom I - Denver, CO |

Within 10 days, this form must be filled out and filed in CM/ECF by the arguing attorney in the appeal set.

Questions can be directed to the 10th Circuit Calendar Team:
Tenth Circuit Calendar Team, Byron White United States Courthouse
1823 Stout Street, Denver, CO 80257
Email: 10th_Circuit_CalTeam@ca10.uscourts.gov    Phone: (303) 335-2708

    I acknowledge receipt of the court's calendar notice assigning the subject case(s) for argument or submission on the briefs, at the above place, time and date (please type),

Ronda Fisk _____ will present oral argument on behalf of

Nat'l Board of Medical Examiners _____ (name of party), the Appellee

| | |
|---|---|
| Signed (Recipient): | *[signature]* |
| Typed or Printed Name: | Shane Ham |
| Address: | Osborn Maledon, P.A. |
| | 2929 N. Central Avenue, 21st Floor |
| | Phoenix, AZ 85012 |
| Email Address Required | sham@omlaw.com |
| Telephone: | 602.640.9380 |
| Attorney for: | Nat'l Board of Medical Examiners |
| | (Name of Party Represented) |
| Date: | July 16, 2012 |

**Note:** If you are an attorney for the defendant in a criminal appeal, or the petitioner in a habeas corpus/civil rights or immigration matter, you must complete the custody status questionnaire found at http://www.ca10.uscourts.gov. Thank you.

Revised 4/2009