**UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                                                         Douglas E. Cressler
Clerk of Court                                                                                                       Chief Deputy Clerk

# NOTICE OF COURTROOM CHANGE FOR ORAL ARGUMENT
## September 2012 Session

Wednesday, September 19, 2012

Please be advised that these matters which were set for oral argument on Wednesday, September 19, 2012 scheduled for argument at 9:00 a.m., Courtroom I, of the Byron White US Courthouse, have been moved to Courtroom II.

This notice informs you of your appearance for argument in the new location. Please check in at the Clerk's Office Front Counter of the Byron White United States Courthouse in Denver, Colorado by no later than 8:30 a.m. Mountain Daylight Time. Wednesday, September 19, 2012

**9:00 A.M.**

| Case No. | Case |
|---|---|
| 12-4006 UT | FTC v. Loanpointe, et al., Appellants |
| 11-2246 NM | James, Appellant v. Chavez, et al. |
| 11-2183 NM | Federated Service Insurance Co v. Martinez, Appellant |
| 11-2213 NM | Hill, et al., Appellants v. Vanderbilt Capital Advisors, et al. |
| 11-2176 NM | THI of NM at Valle Norte LLC, Appellant v. Harvey, et al. |
| 11-2103 NM | Cunningham, Appellant v. University of New Mexico Board, et al. |