

**UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

**Oral Argument Calendar Notice / Acknowledgment Form**

| | |
|---|---|
| Name | Ronda R. Fisk |
| Address | 2929 N. Central Ave., Suite 2100 |
| City, State, Zip | Phoenix, AZ 85012 |

Re:
- Case No(s): 11-2103
- Caption: Cunningham v. University of New Mexico Board of Regents, et al
- Argument Date: Wednesday, September 19, 2012
- Time: 9:00 a.m.   (Arguing attorneys must report 45 minutes prior thereto)
- Courtroom/Place: Courtroom II - **Denver, CO**

Within 10 days, this form must be filled out and filed in CM/ECF by the arguing attorney in the appeal set.

Questions can be directed to the 10th Circuit Calendar Team:
Tenth Circuit Calendar Team, Byron White United States Courthouse
1823 Stout Street, Denver, CO 80257
Email: 10th_Circuit_CalTeam@ca10.uscourts.gov   Phone: (303) 335-2708

I acknowledge receipt of the court's calendar notice assigning the subject case(s) for argument or submission on the briefs, at the above place, time and date (please type),

Ronda R. Fisk _____ will present oral argument on behalf of

National Board of Medical Examiners _____ (name of party), the  Appellee

| | |
|---|---|
| Signed (Recipient): | *[signature]* |
| Typed or Printed Name: | Ronda R. Fisk |
| Address: | 2929 N. Central Ave., Suite 2100 |
| | Phoenix, AZ 85012 |
| Email Address Required | rfisk@omlaw.com |
| Telephone: | 602-640-9363 |
| Attorney for: | National Board of Medical Examiners |
| | (Name of Party Represented) |
| Date: | August 6, 2012 |

**Note**: If you are an attorney for the defendant in a criminal appeal, or the petitioner in a habeas corpus/ civil rights or immigration matter, you must complete the custody status questionnaire found at http://www.ca10.uscourts.gov. Thank you.

Revised 4/2009