

**UNITED STATES COURT OF APPEALS
TENTH CIRCUIT**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

### Oral Argument Calendar Notice / Acknowledgment Form

| | |
|---|---|
| Name | Alfred A. Park |
| Address | 707 Broadway Blvd., Ste. 202 |
| City, State, Zip | Albuquerque, NM 87102 |

Re:  Case No(s):   11-2103

Caption:   Cunningham v. University of New Mexico Board of Regents, et al

Argument Date:  Wednesday, September 19, 2012

Time:   9:00 a.m.   (Arguing attorneys must report 45 minutes prior thereto)

Courtroom/Place: Courtroom II - Denver, CO

Within 10 days, this form must be filled out and filed in CM/ECF by the arguing attorney in the appeal set.

Questions can be directed to the 10th Circuit Calendar Team:
Tenth Circuit Calendar Team, Byron White United States Courthouse
1823 Stout Street, Denver, CO 80257
Email:  10th_Circuit_CalTeam@ca10.uscourts.gov     Phone: (303) 335-2708

   I acknowledge receipt of the court's calendar notice assigning the subject case(s) for argument or submission on the briefs, at the above place, time and date (please type),

Alfred A. Park                                              will present oral argument on behalf of

University of New Mexico Board of Regents          (name of party), the  Appellee

Signed (Recipient):   _[signature]_

Typed or Printed Name:   Alfred A. Park

Address:   707 Broadway Blvd., Ste 202

Albuquerque, NM 87102

Email Address Required   apark@park-anderson.com

Telephone:   (505)246-2805

Attorney for:   University of New Mexico Board of Regents
                    (Name of Party Represented)

Date:   Aug 8, 2012

**Note:** If you are an attorney for the defendant in a criminal appeal, or the petitioner in a habeas corpus/civil rights or immigration matter, you must complete the custody status questionnaire found at http://www.ca10.uscourts.gov. Thank you.

Revised 4/2009