FILED
United States Court of Appeals
Tenth Circuit

September 19, 2012

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

CHAD CUNNINGHAM,

    Plaintiff - Appellant,

v.

UNIVERSITY OF NEW MEXICO BOARD OF REGENTS; UNIVERSITY OF NEW MEXICO SCHOOL OF MEDICINE; NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendants - Appellees.

No. 11-2103

_____

**ORDER**

_____

Before **LUCERO** and **HOLMES**, Circuit Judges, and **BRIMMER**,[*] District Judge.

_____

This matter was argued by counsel and submitted to the court. Santiago Juarez argued for the Appellant. Alfred Park and Ronda Fisk argued for the Appellees.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER
    Clerk of the Court

---

[*] The Honorable Philip A. Brimmer, U.S. District Judge, District of Colorado, sitting by designation.