UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

CHAD CUNNINGHAM,

      Plaintiff-Appellant,

vs.

UNIVERSITY OF NEW MEXICO
BOARD OF REGENTS and
NATIONAL BOARD OF MEDICAL
EXAMINERS;

      Defendants-Appellees.

No. 11-2103
District of New Mexico
No. CIV 10-0451 BB/RLP

## MOTION TO WITHDRAW AS COUNSEL

Santiago E. Juarez, Attorney at Law, and hereby moves this Court for an order allowing him to withdraw as attorney in the above matter.

The following is the last known mailing and contact information for the Plaintiff/Appellant.

    Chad Cunningham
    514 Mindoro Dr.
    Rio Rancho, NM 87124
    (505) 710-1804

AS GROUNDS IN SUPPORT of this motion, counsel states as follows:

(a)    Due to conflict of interest Counsel is unable to continue representation of Appellant/Plaintiff, Chad Cunningham.

(b) Appellant/Plaintiff is hereby notified that he has 14 days from date of service of this Motion to object and that failure to object within this time constitutes consent to grant this motion.

(c) Alfred Park, Esq., Erika E. Anderson, Lawrence M. Marcus, Park & Anderson, LLC, Counsel, for The Regents of the University of NM and UNM School of Medicine's Defendants, were contacted on February 12, 2013 and is unopposed to the relief sought.

WHEREFORE, undersigned counsel requests that the Court enter an Order allowing his withdrawal as counsel.

Respectfully Submitted,

*/s/ Santiago E. Juarez*
Santiago E. Juarez, Esq.
1822 Lomas Blvd. NW
Albuquerque, NM  87104
505.246.8499
505.246.8599 facsímile
sjuarez@santiagojuarezlaw.com

**I HEREBY CERTIFY** that a true and correct copy of Motion to Withdraw as Counsel was sent Plaintiff as well as a copy of this Certificate of Service, were sent by US mail to:

Chad Cunningham
514 Mindoro Dr.
Rio Rancho, NM 87124

on the 12th day of February 2013.

I HEREBY FURTHER CERTIFY that a true and correct copy of the foregoing was electronically filed with the Court on the 12th day of February, 2013, causing service to be made on all counsel of record.

*/s/ Santiago E. Juarez*
Santiago E. Juárez