UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**CHAD CUNNINGHAM,**

      **Plaintiff-Appellant,**                No. 11-2103

vs.                                             **District of New Mexico**
                                                          No. CIV 10-0451 BB/RLP

**UNIVERSITY OF NEW MEXICO**
**BOARD OF REGENTS and**
**NATIONAL BOARD OF MEDICAL**
**EXAMINERS;**

      **Defendants-Appellees.**

### NOTICE OF COMPLIANCE

SANTIAGO E. JUAREZ, ESQ., hereby notifies the court of his compliance with the Motion To Withdraw as Counsel of February 12, 2013[Doc. No. 0109001246]. Plaintiff has signed the return receipt attached hereto regarding the Motion to Withdraw indicating the time limit to respond.

                                                             Respectfully submitted,

                                                             <u>/s/Santiago E. Juarez</u>
                                                              Santiago E. Juarez, Esq.
                                                              1822 Lomas Blvd NW
                                                              Albuquerque, NM 87104
                                                              (505)246-8499
                                                              (505)246-8599 facsimile

A true and correct copy of this Notice of Compliance was delivered to all counsel of record electronically via CM/ECF.