# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

September 16, 2013

Douglas E. Cressler  
Chief Deputy Clerk

Matthew (NMalb) Dykman
District of New Mexico- Albuquerque
Pete V. Domenici U.S. Courthouse
333 Lomas N.W., Suite 270
Albuquerque, NM 87102

**RE:** **11-2103, Cunningham v. University of New Mexico Board, et al**
District docket: 1:10-CV-00451-BB-ACT

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Chad Cunningham
Ronda R. Fisk
Shane M. Ham
Lawrence M. Marcus
Alfred Alexander Park

EAS/ad